On respondent's petition for reconsideration filed May 25, and appellant's response to petition for reconsideration filed June 1, motion for relief from default granted; reconsideration allowed; former disposition (200 Or App 558, 114 P3d 1155, *rev den*, 339 Or 701) withdrawn; affirmed September 27, petition for review denied December 5, 2006 (342 Or 117)

STATE OF OREGON,
*Respondent,*

*v.*

JAMES ARNOLD SELMER,
*Appellant.*

01C46551; A117474

144 P3d 1030

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Jamesa J. Drake, Deputy Public Defender, for response.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Landau, Judge.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).